IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

SEP 2 7 2005

IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:05CR 347 -1 |
| | : | |
| STANLEY LEON WADDELL | : | |

The Grand Jury charges:

### COUNT ONE

On or about October 8, 2004, in the County of Chatham, in the
Middle District of North Carolina, STANLEY LEON WADDELL willfully,
knowingly and intentionally did unlawfully possess with intent
to distribute 44.2 grams (net weight) of a mixture and substance
containing a detectable amount of cocaine base ("crack"), a
Schedule II, controlled substance within the meaning of Title 21,
United States Code, Section 812; in violation of Title 21,
United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT TWO

On or about October 8, 2004, in the County of Chatham, in the
Middle District of North Carolina, STANLEY LEON WADDELL willfully,
knowingly and intentionally did unlawfully possess with intent to
distribute 13.9 grams (net weight) of a mixture and substance
containing a detectable amount of cocaine hydrochloride, a Schedule
II, controlled substance within the meaning of Title 21, United

States Code, Section 812; in violation of Title 21, United States
Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

_____
FOREPERSON

SANDRA J. HAIRSTON
ASSISTANT UNITED STATES ATTORNEY

ANNA MILLS WAGONER
UNITED STATES ATTORNEY

- 2 -