IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:05CR347-1 |
| STANLEY LEON WADDELL | : |

FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, pursuant to Federal Rule of Criminal Procedure 11(b)(3), and states the following:

On October 8, 2004, officers with the Chatham County Sheriff's Department, the Siler City Police Department and the Alamance County Sheriff's Department initiated an investigation into the alleged crack cocaine distribution activity of **Stanley Leon Waddell**. To that end, Detective Edgar Barwick of the Chatham County Sheriff's Department requested the assistance of undercover officers from the Siler City Police Department and the Alamance County Sheriff's Department (hereinafter UCOs). The UCOs contacted **Waddell** on his cellular telephone (336-430-0704) and negotiated the purchase of 3.5 grams (commonly called an "8 ball") of crack cocaine. **Waddell** agreed to the sale and directed the UCOs to meet him at the Cateland Place Apartments in Siler City.

The UCOs arrived at the apartment complex just before 9:00 p.m. where they met with **Waddell** outside building #7, apartment A. Once the UCOs saw **Waddell** produce the drugs, they gave the take down signal and officers on the scene moved in to arrest **Waddell**. When the officers moved to make the arrest, **Waddell** fled on foot. He was apprehended shortly thereafter, and searched incident to his arrest. The search resulted in the seizure of a plastic sandwich bag, which contained four (4) smaller plastic bags, from **Waddell's** left upper pocket. The bags contained an off-white, rock-like substance. In the same pocket, the officers seized four (4) additional plastic bags which also contained an off-white, rock-like substance. The officers also seized what appeared to be a number of prescriptions pills from **Waddell's** pocket.

All of the substances which were seized were submitted to the NCSBI Laboratory for analysis. Special Agent S. K. Bayler, a qualified forensic chemist with that agency, analyzed each substance and concluded that the plastic bags which were seized from **Waddell** contained **44.2 grams of cocaine base** and **13.9 grams of cocaine hydrochloride**. The various pills were identified as 13.8 grams of oxycodone. The other pills contained no controlled substances.

This the 5th day of December, 2005.

                                    Respectfully submitted,

                                    ANNA MILLS WAGONER
                                    United States Attorney

                                    *Sandra J. Hairston*

                                    SANDRA J. HAIRSTON
                                    NCSB #14118
                                    Assistant United States Attorney

                                            P. O. Box 1858
                                            Greensboro, NC  27402

                                            336/333-5351