AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

United States of America )
v. )
**STANLEY LEON WADDELL** ) Case No: 1:05CR347-1
) USM No: 22955-057
Date of Previous Judgment: April 26, 2006 ) James E. Quander
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**FILED FEB 28 2011 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C.**

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____     Amended Guideline Range: _____

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant does not qualify for a sentence reduction pursuant o USSG §1B1.10 because the final offense level was derived from the career offender guideline. The determination that the defendant is ineligible for a reduction is made with the consent of the Government and the defendant.

All provisions of the judgment dated   April 26, 2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/28/2011

Judge's signature

Effective Date: 3/10/2011
(if different from order date)

N. Carlton Tilley, Jr., Senior United States District Judge
Printed name and title