IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:05CR347-1 |
| ) | |
| STANLEY LEON WADDELL ) | |

**AMENDED MOTION BY JAMES E. QUANDER TO RELEASE PRESENTENCE REPORT AND ADDENDUM TO PRESENTENCE REPORT AND TO ALLOW REVIEW AND USE OF THEM IN PENDING CIVIL ACTION**

Movant James E. Quander amends the "Motion by James E. Quander to Release Presentence Report and Addendum to Presentence Report and to Allow Review and Use of them in Pending Civil Action," filed as Document #88 on September 6, 2013, to correct that Motion's second paragraph to read as follows:

Mr. Waddell has filed a civil action against Mr. Quander for malpractice in the Superior Court of Guilford County in April, 2013, Stanley L. Waddell v. James E. Quander, 13 CvS 5349. Attached as Exhibit A is a copy of the Complaint in that action. Mr. Waddell alleges that the Federal Court enhanced his sentence because it received information that Mr. Waddell had a gun in his possession. He alleges that Mr. Quander could have objected to the Court considering the gun, but failed to object. He alleges that Mr. Quander's alleged failure to object is legal malpractice. See Exhibit A, Complaint ¶¶ 5-9. Exhibit B is a copy of Mr. Quander's Amended Answer wherein he denies any malpractice.

In all other respects, the original Motion and exhibits thereto filed with the Court as Document #88 on September 6, 2013, are incorporated by reference as if fully set forth herein.

WHEREFORE, the undersigned respectfully moves the Court to release the Presentence Report and Addendum to Presentence Report for review and use in the pending civil action, <u>Stanley L. Waddell v. James E. Quander</u>, 13 CvS 5349 (Guilford).

This the 9th day of September, 2013.

/s/ Stephen M. Russell, Sr.
STEPHEN M. RUSSELL, SR. (N.C.S.B. 9447)
**Attorney for Movant James E. Quander**
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC  27120-1029
Telephone:    336/714-4144
Facsimile:    336/714-4101
Email:        srussell@belldavispitt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert M. Hamilton, robert.hamilton@usdoj.gov; Harry L. Hobgood, harry.hobgood@usdoj.gov; Angela Hewlett Miller, angela.miller@usdoj.gov; and James Edward Quander, JEQ8@yahoo.com. Additionally, I certify that the following person will be served at his current mailing address by first class United States mail: Mr. Stanley L. Waddell, #22955-057; Post Office Box 1500; Butner, NC 27509.

/s/ Stephen M. Russell, Sr.
STEPHEN M. RUSSELL, SR., NCSB #9447
Email: srussell@belldavispitt.com
**ATTORNEY FOR MOVANT**
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, NC 27120-1029
Telephone: 336/722-3700
Facsimile: 336/714-4101