IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STANLEY LEON WADDELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:16CV1137 |
| | ) | 1:05CR347-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On June 26, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #118, #119] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections de novo and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #116], which is affirmed and adopted. Furthermore, neither the Mathis, Simmons, nor Hinkle cases support the relief requested.

IT IS THEREFORE ORDERED that Petitioner's Motion to vacate, set aside or correct sentence [Doc. #114] and Motion [Doc. #115] seeking judicial review and emergency relief are DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the

denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 4th day of December, 2017.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge