PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   STANLEY LEON WADDELL                    Case Number: 1:05CR347-1

Name of Sentencing Judicial Officer:   The Honorable N. Carlton Tilley, Jr.

Date of Original Sentence:          April 26, 2006

Original Offense:   Possession With Intent to Distribute Cocaine Base "Crack" in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

Original Sentence:   190 months imprisonment followed by five (5) years of supervised release

November 15, 2019: Order on Request to Modify Conditions of Release was filed.

Type of Supervision: Supervised Release            Date Supervision Commenced: July 19, 2019
                                                   Date Supervision Expires: July 18, 2024

Assistant U.S. Attorney: Sandra J. Hairston                    Defense Attorney: James Quander

---

## PETITIONING THE COURT

[X]   To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ]   To issue a summons

The probation officer believes that Mr. Waddell has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On August 24, 2019, Mr. Waddell was arrested by the Asheboro, NC, Police Department. He was charged with Felony Maintain a Vehicle for Controlled Substance (19CRS54366), Felony Possession of Cocaine, Felony Possession With Intent to Sell and Deliver Cocaine (19CRS54367). The date of offense was August 24, 2019. Mr. Waddell posted a $75,000 secured bond on or about August 27, 2019. The remaining charges are pending in Randolph County Superior Court. The accompanying charges of Possession of Drug Paraphernalia, Resisting Public Officer, and Manufacture/Sell/Distribute/Possess Cocaine within 1000 Feet of the Boys and Girls Club were dismissed on September 15, 2020, by prosecutorial discretion.

According to the incident report, a confidential and reliable informant (CRI) arranged for Mr. Jaquinn Dunn to buy crack cocaine from Mr. Waddell at 117 Dixon Street. Mr. Waddell arrived at the residence driving a tan Chevy Malibu, and the transaction occurred inside the vehicle. Once he left the residence, the Asheboro Police VICE/Narcotics Unit conducted a traffic stop on Mr. Waddell in the parking lot of 830 Sunset Avenue. When the officer approached the vehicle, he observed Mr. Waddell's right hand behind the driver's seat. He was ordered to present his hands to the officer and turn the car off. He did neither. When the officers attempted to open Mr. Waddell's door, he began backing the car up. When directed to stop the vehicle, Mr.

Waddell complied and exited the vehicle. He was handcuffed, and a safety frisk was performed by Detective J. Wells.

The vehicle was subsequently searched, and Detective L. Conner located a baggie stuffed between the driver's back rest and the seat cushion. The baggie was later determined to contain 18 rocks of crack cocaine (total weight of 3.1 grams). As Detective Conner was searching the trunk, he heard a commotion between Detective J. Mendez and Mr. Waddell. Detective Mendez observed Mr. Waddell remove a baggie from inside his pants and throw it on the ground. The baggie contained powder cocaine. Mr. Waddell then placed his right hand into his right rear pocket. Detective Conner grabbed Mr. Waddell's wrist and attempted to remove his hand from his pocket. Mr. Waddell became combative, began yelling, and tried to pull away from Detective Conner. Officers conducted a more thorough search of Mr. Waddell at that time and no other contraband was located. Mr. Waddell had $1,760 on his person.

On October 16, 2019, Detective Conner went before the magistrate in Randolph County, NC, and obtained additional charges on Mr. Waddell for his involvement in delivering narcotics on August 24, 2019. Mr. Waddell was subsequently arrested on October 17, 2019, and charged with Felony Conspire to Deliver Cocaine, Felony Deliver Cocaine (19CRS55333), and Felony Habitual Felon (19CRS55335). The date of offense was August 24, 2019. Mr. Waddell posted a $15,000 secured bond on or about October 18, 2019. These charges are pending in Randolph County Superior Court.

**Violation 2 - The defendant shall not commit another federal, state or local crime.**

On September 10, 2019, Mr. Waddell was arrested by the Asheboro, NC, Police Department. He was charged with Felony Possession of Cocaine and Misdemeanor Maintaining a Vehicle for Controlled Substance (19CRS54677). The date of offense was September 10, 2019. Mr. Waddell posted a $5,000 secured bond. These charges are pending in Randolph County Superior Court.

According to the incident report, Officer Vincent was conducting surveillance on a residence where drug sales were allegedly taking place. He observed Mr. Waddell drive away from the apartment complex in a blue Ford Mustang. This vehicle matched the description of the vehicle that was identified in a complaint that the Asheboro Police Department had received. Officer Vincent confirmed that the license plate and the vehicle's inspection had expired. He conducted a traffic stop on the vehicle, and found Mr. Waddell to be the driver. A K-9 was called to the scene and he was deployed to walk around the vehicle. The K-9 indicated to the presence of narcotics inside the vehicle. Officer Vincent proceeded to search the vehicle, and located a white rock suspected of being cocaine on the driver side floorboard. A field test indicated that it was cocaine. The weight of the rock was 0.01 grams. After being handcuffed and placed under arrest, Mr. Waddell said, "Don't you have anything better to do? There are people selling heroin, this is only cocaine."

**Violation 3 - The defendant shall not commit another federal, state or local crime.**

Subsequent to a Bill of Indictment being issued on September 14, 2020, Mr. Waddell was arrested by the Randolph County, NC, Sheriff's Office on September 29, 2020, for Felony Possession with Intent to Manufacture/Sell/Deliver Cocaine (20CRS210). The offense date was April 29, 2020. Mr. Waddell posted a $25,000 secured bond on the day of his arrest. This charge remains pending in Randolph County Superior Court.

According to the incident report, a confidential and reliable informant (CRI) informed Detective Santiago that he would be able to purchase crack cocaine from Mr. Waddell. Under the direct supervision of the Randolph County Sheriff's Office VICE/Narcotics Unit the CRI was taken to the Dollar General parking lot in Ramseur, NC. The CRI walked over to Mr. Waddell's car and purchased two white rocks of crack cocaine. The CRI then returned the two white rocks of crack cocaine to Detective Long and Detective Carter.

RE: STANLEY LEON WADDELL   3

On October 16, 2020, Mr. Waddell failed to appear in Randolph County Superior Court, and an Order for Arrest was issued. Mr. Waddell was arrested for his failure to appear on February 6, 2020, and subsequently posted a $25,000 secured bond on the day of his arrest.

**Violation 4 - The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by the physician.**

On April 2, 2021, Mr. Waddell provided a urinalysis that was neon green in color. Mr. Waddell advised that he had not taken anything to dilute the sample and denied any illegal drug use. The sample was sent to the drug testing laboratory in the Western District of North Carolina for testing. The results for the sample came back as diluted, but positive for opiates. On April 9, 2021, Mr. Waddell admitted to the probation officer that he had taken a detox drink prior to the urinalysis, and he further admitted to the use of heroin. On April 12, 2021, Mr. Waddell signed an admission statement indicating he had used heroin.

On May 11, 2021, Mr. Waddell tested positive for cocaine, opiates, and oxycodone. He has previously provided the probation officer with a valid prescription for oxycodone. However, Mr. Waddell did admit his illegal drug use to the probation officer and signed an admission statement.

**Violation 5 - The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.**

On April 9, 2021, Mr. Waddell was directed to complete a substance abuse assessment, and comply with all recommended treatment. As of the date of this report, Mr. Waddell has attended his substance abuse assessment but has failed to attend three of the six group sessions thus far. Currently, he is scheduled to attend treatment every Monday at 1pm.

Mr. Waddell called the probation officer on June 9, 2021, and advised that he was at Chatham County Hospital due to issues with his hip and back. He stated that he planned to enroll in a detox facility when he left the hospital. On June 14, 2021, Mr. Waddell advised that he did not go to detox as planned.

U.S. Probation Officer Recommendation:
[x] The term of supervision should be
  [x] revoked.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on   July 6, 2021

Matthew C. Brown
U.S. Probation Officer

Approved by:

Stacey G. Burleyson          July 6, 2021
Supervisory U.S. Probation Officer          Date